■ In the Matter of AMY D., Respondent, v DAVID D., Appellant. (Appeal No. 2.) [823 NYS2d 750]—Appeal from an order of the Family Court, Erie County (Rosalie S. Bailey, J.), entered October 18, 2005 in a proceeding pursuant to Family Court Act article 4. The order denied respondent's motion seeking, inter alia, an order staying enforcement of the order entered June 13, 2005.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Gorski, J.P., Smith, Centra and Green, JJ.